Form 154

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

23

In re:                                                                                   Bankruptcy Case No.: 21−20071−CMB

Chapter: 7

**Richard C Grey**
Debtor(s)                                                                      Stephanie L Grey

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 13, 2021**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                      Michael R. Rhodes
U.S. Bankruptcy Court                                                         *Clerk, U.S. Bankruptcy Court*
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Dated: 6/4/21

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard C Grey  
Stephanie L Grey  
     Debtors

Case No. 21-20071-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 04, 2021 | Form ID: 154 | Total Noticed: 30 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard C Grey, Stephanie L Grey, 148 Scott Street, New Brighton, PA 15066-3430 |
| cr | + | TD Auto Finance LLC, Schiller, Knapp, Lefkowitz & Hertzel,LLC, 15 Cornell Road, Latham, NY 12110-1491 |
| 15329503 | + | Beaver Valley Mall LLC, 150 Great Neck Road, Suite 304, Great Neck, NY 11021-3309 |
| 15329511 | + | NACM Southwest, 751 Plaza Blvd, Coppell, TX 75019-6695 |
| 15329512 | + | National Debt Relief, 180 Maiden Lane, 30th Floor, New York, NY 10038-5019 |
| 15329514 | + | Robert Kline, Esquire, RAS LaVrar, LLC, 425 Commerce Dr,, Suite 150, Fort Washington, PA 19034-2727 |
| 15329515 | + | Robert W Cusick, Esquire, 2 Industrial Way West, Eatontown, NJ 07724-2265 |
| 15329517 | + | Syncb/wlmrtd, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15329521 |   | The Hartford, PO Box 7247, Philadelphia, PA 19170-0234 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 05 2021 01:04:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 05 2021 02:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15329500 | + | EDI: AMEREXPR.COM | Jun 05 2021 02:43:00 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15329501 |   | EDI: BANKAMER.COM | Jun 05 2021 02:43:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 15329502 | + | EDI: TSYS2.COM | Jun 05 2021 02:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15329504 | + | EDI: CAPITALONE.COM | Jun 05 2021 02:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15329506 | + | EDI: CITICORP.COM | Jun 05 2021 02:43:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15329507 | + | EDI: WFNNB.COM | Jun 05 2021 02:43:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15329508 | + | EDI: CCS.COM | Jun 05 2021 02:43:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15329509 |   | Email/Text: kburkley@bernsteinlaw.com | Jun 05 2021 01:04:00 | Duquense Light, Payment Processing Center, Pittsburgh, PA 15267-0001 |
| 15329510 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jun 05 2021 01:04:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15329505 |   | EDI: JPMORGANCHASE | Jun 05 2021 02:43:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15329513 | | EDI: PRA.COM | Jun 05 2021 02:43:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15380674 | | EDI: PENNDEPTREV | Jun 05 2021 02:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15380674 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2021 01:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 15329654 | + | EDI: RMSC.COM | Jun 05 2021 02:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15329518 | + | EDI: RMSC.COM | Jun 05 2021 02:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15329519 | + | EDI: WTRRNBANK.COM | Jun 05 2021 02:43:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15329520 | + | EDI: LCITDAUTO | Jun 05 2021 02:43:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 15329522 | + | Email/Text: adjustor@westaircomm.com | Jun 05 2021 01:03:00 | West Aircomm Fcu, P.o. Box 568, Beaver, PA 15009-0568 |
| 15329523 | + | Email/Text: adjustor@westaircomm.com | Jun 05 2021 01:03:00 | West Aircomm Fcu, 485 Buffalo St, Beaver, PA 15009-2058 |
| 15329525 | + | EDI: CAPITALONE.COM | Jun 05 2021 02:43:00 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| 15329516 | | Syncb/walmart |
| 15329524 | *+ | West Aircomm Fcu, P.o. Box 568, Beaver, PA 15009-0568 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edgardo D Santillan | |

| | |
|---|---|
| | on behalf of Joint Debtor Stephanie L Grey ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | |
| | on behalf of Debtor Richard C Grey ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Eric E. Bononi | |
| | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Eric E. Bononi | |
| | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | |
| | on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com lgadomski@schillerknapp.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 8