IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard C. Grey and Stephanie L. Grey,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>            v.<br>Richard C. Grey and Stephanie L. Grey,<br>    Respondent(s) | Bankruptcy No. 21-20071-CMB<br><br>Chapter 7<br><br>re doc. 22<br><br>Hearing Date & Time: |

**ORDER OF COURT**

AND NOW, this __4th__ day of __June__, 20__21__, upon consideration of the *Trustee's Application to Employ His Own Attorney*, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Eric E. Bononi, Esq., and Bononi & Company, P.C., 20 N. Pennsylvania Avenue, Greensburg, PA 15601, is hereby appointed, as of the date of filing the Application, as Attorney for the Trustee in this bankruptcy proceeding for the reasons set forth in the Motion.

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

3. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms, and is not a preapproval of compensation pursuant to 11 U.S.C. §328(a). Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

4. Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and Special Counsel, this Order does not authorize Special Counsel to retain or pay any outside counsel or other professional to assist Special Counsel in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of and payment to an outside counsel or other professional is subject to prior approval of the Court.

5. *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

BY THE COURT:

*[Signature: Carlota M. Böhm]*  dmk

FILED
6/4/21 8:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard C Grey  
Stephanie L Grey  
    Debtors

Case No. 21-20071-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2  
Date Rcvd: Jun 04, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard C Grey, Stephanie L Grey, 148 Scott Street, New Brighton, PA 15066-3430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

**Name**     **Email Address**

Edgardo D Santillan  
    on behalf of Joint Debtor Stephanie L Grey ed@santillanlaw.com  
    edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com

Edgardo D Santillan  
    on behalf of Debtor Richard C Grey ed@santillanlaw.com  
    edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com

Eric E. Bononi  
    bankruptcy@bononilaw.com  pa69@ecfcbis.com

Eric E. Bononi  
    on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com  pa69@ecfcbis.com

Keri P. Ebeck

District/off: 0315-2 | User: dsaw | Page 2 of 2
Date Rcvd: Jun 04, 2021 | Form ID: pdf900 | Total Noticed: 1

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mmiksich@kmllawgroup.com

Martin A. Mooney
    on behalf of Creditor TD Auto Finance LLC kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 8