IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard C. Grey and Stephanie L. Grey,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>               v.<br>Richard C. Grey and Stephanie L. Grey, Corey J. Sacca, Esq. and Bononi & Company, P.C., Robert H. Slone, Esq. and Mahady & Mahady,<br>    Respondent(s) | Bankruptcy No. 21-20071-CMB<br><br>Chapter 7<br><br>Related to Document No. 28<br><br>Hearing Date & Time: Tuesday, June 15, 2021 at 1:30 PM |

**NOTICE OF VIDEO CONFERENCE HEARING WITH RESPONSE DEADLINE ON TRUSTEE'S APPLICATION TO EMPLOY SPECIAL COUNSEL**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than Tuesday, July 06, 2021, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A *Zoom Video Conference Hearing* will be held on Tuesday, July 13, 2021 at 1:30 PM before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. *All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.* Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

DATE OF SERVICE: June 15, 2021

   */s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730