IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard C. Grey and Stephanie L. Grey,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>               v.<br>Richard C. Grey and Stephanie L. Grey, Corey J. Sacca, Esq. and Bononi & Company, P.C., Robert H. Slone, Esq. and Mahady & Mahady,<br>    Respondent(s) | Bankruptcy No. 21-20071-CMB<br><br>Chapter 7<br><br>Related to Document No. 28, 29<br><br>Hearing Date & Time: Tuesday, July 13, 2021 at 1:30 PM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
APPLICATION TO EMPLOY SPECIAL COUNSEL
AT DOCKET NUMBER 28**

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ filed on June 15, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ appears thereon. Pursuant to the Notice of Hearing, objections to the Application to Employ were to be filed and served no later than July 6, 2021.

      It is hereby respectfully requested that the Order attached to the Application to Employ be entered by the Court.

DATE: July 7, 2021

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730