IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard C. Grey and Stephanie L. Grey,<br>    Debtor(s) | Bankruptcy No. 21-20071-CMB |
| Eric E. Bononi, Trustee,<br>    Movant<br>          v.<br>Richard C. Grey and Stephanie L. Grey,<br>    Respondent(s) | Chapter 7<br><br>Related to Document No. 44<br><br>Hearing Date & Time: Tuesday, July 19, 2022 at 10:00 AM |

**CERTIFICATE OF NO OBJECTION OF TRUSTEE'S
MOTION TO CLOSE CASE AND EXCEPT CERTAIN PROPERTY FROM ABANDONMENT
AT DOCKET NUMBER 44**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion to Close Case and Except Certain Property from Abandonment filed on June 13, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion to Close Case and Except Certain Property from Abandonment appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Motion to Close Case and Except Certain Property from Abandonment were to be filed and served no later than July 5, 2022.

It is hereby respectfully requested that the Order attached to the Trustee's Motion to Close Case and Except Certain Property from Abandonment be entered by the Court.

DATE: July 6, 2022

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

*/s/ Eric E. Bononi*
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730

**PAWB Local Form 25 (07/13)**