IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard C. Grey and Stephanie L. Grey,<br>    Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>    Movant<br>                v.<br>Richard C. Grey and Stephanie L. Grey,<br>    Respondent(s) | Bankruptcy No. 21-20071-CMB<br><br>Chapter 7<br><br>re doc. 44 |

## ENTERED BY DEFAULT
### ORDER OF COURT

AND NOW, this __6th__ day of __July__, 20__22__, on Motion of the Chapter 7 Trustee, it appearing that the above-referenced estate has been fully administered, with the exception of the property listed and described as follows:

*State Court Action in regards to the Edward Bartosh Testamentary Trust ("Claim")*

that the liquidating and administering of said estate is ongoing but the date of recovery, if any is unknown;

and that the Trustee is required to close the estate as expeditiously as is compatible with the best interests of the parties in interest.

IT IS ORDERED THAT this case is **CLOSED** and the Trustee is **DISCHARGED**;

That pursuant to the provisions of 11 U.S.C. Section 554(c), the Claim is **EXCEPTED** from abandonment;

and that the Trustee will continue to monitor the state court litigation and in the event that any settlement, award or any other recovery of any kind is anticipated that will benefit the bankruptcy estate, the Trustee will request that the United States Trustee move to reopen the estate.

FILED
7/6/22 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

CARLOTA BÖHM     **dmk**
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20071-CMB |
| Richard C Grey | Chapter 7 |
| Stephanie L Grey | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard C Grey, Stephanie L Grey, 148 Scott Street, New Brighton, PA 15066-3430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corey J. Sacca | |
| | on behalf of Plaintiff Eric E. Bononi csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Edgardo D Santillan | |
| | on behalf of Joint Debtor Stephanie L Grey ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | |
| | on behalf of Defendant Stephanie L Grey ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | |
| | on behalf of Debtor Richard C Grey ed@santillanlaw.com |

| | |
|---|---|
| | edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Edgardo D Santillan | on behalf of Defendant Richard C Grey ed@santillanlaw.com edscourt@debtlaw.com,edscourt@gmail.com,650corpst304bknotbackup15009@gmail.com,eds@debtlaw.com,eds.myecfemail@gmail.com,r53999@notify.bestcase.com |
| Eric E Bononi | on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com |
| Eric E. Bononi | bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Eric E. Bononi | on behalf of Trustee Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Eric E. Bononi | on behalf of Plaintiff Eric E. Bononi bankruptcy@bononilaw.com pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mmiksich@kmllawgroup.com |
| Martin A. Mooney | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov lgadomski@schillerknapp.com |
| Matthew A. Bole | on behalf of Defendant Blaise Britton mbole@fiffiklaw.com nreyes@fiffiklaw.com |
| Matthew A. Bole | on behalf of Defendant Edward Bartosh Testamentary Trust mbole@fiffiklaw.com nreyes@fiffiklaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 15