IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Richard C. Grey and Stephanie L. Grey,<br>        Debtor(s)<br><br>Eric E. Bononi, Trustee,<br>Movant<br><br>Richard C. Grey and Stephanie L. Grey,<br>Respondent(s) | Bankruptcy No. 21-20071-CMB<br><br>Chapter 7 |

### CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Eric E. Bononi, having been appointed trustee of the estate of the above named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law, with the exception of a possible State Court Action in regards to the Edward Bartosh Testamentary Trust.  Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above named debtor(s) has been fully administered, except for administration of the possible State Court Action in regards to the Edward Bartosh Testamentary Trust.  I request that I be discharged from any further duties as trustee. Pursuant to court order entered on July 6, 2022, the possible State Court Action in regards to the Edward Bartosh Testamentary Trust shall remain property of the bankruptcy estate upon the entry of a final decree; if money becomes available to creditors from this asset, the case will be re-opened and a trustee will be appointed to administer the asset.

DATE: <u>December 28, 2022</u>

Prepared by:
Eric E. Bononi, Esq.

Respectfully submitted,

 <u>*/s/ Eric E. Bononi*</u>
Eric E. Bononi, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
bankruptcy@bononilaw.com
(724) 832-2499
PA ID# 44730